UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA FIALLO, on behalf of herself
and others similarly situated

    Plaintiff,

v.                                              Case No: 2:18-cv-85-FtM-38MRM

COMMUNITY RESOURCE
NETWORK OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. 18). Plaintiff sued under the Fair Labor Standards Act ("FLSA") for unpaid overtime wages. (Doc. 1). The parties now inform the Court that Plaintiff's claim against Defendant has been resolved in full without compromise, with the attorney's fees negotiated separately from the resolution of Plaintiff's claims. (Doc. 18). Therefore, there is no need for the Court to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Moreover, Federal Rule of Civil Procedure 41 allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

41(a)(1)(A)(ii). Here, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and provide the Court with a Joint Stipulation for Dismissal signed by all parties. (Doc. 18).

Accordingly, it is now

**ORDERED:**

1. The case is **DIMISSED with prejudice**

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record